Argued and submitted June 20, affirmed August 8, 2001

## STATE OF OREGON,
*Appellant,*

*v.*

## TIMOTHY WAYNE LYNN,
*Respondent.*

99CR3138FE; A111351

29 P3d 1171

Thomas C. Patton, Assistant Attorney General, argued the cause for appellant. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Doyle L. Schiffman argued the cause and filed the brief for respondent.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *State v. Jones*, 332 Or 284, 27 P3d 119 (2001).